# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| HENRIETTA DIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 3:07cv333-TFM** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of *Defendant's Motion for Extension of Time* to respond to Plaintiff's *Motion for Award of Attorney Fees . . .* (Doc. 27, filed July 8, 2009), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his response **on or before July 22, 2009**.

Done this 8th day of July, 2009.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE